18

GUERRA *v.* MISSISSIPPI.

No. 286. Decided October 14, 1968.

*W. D. Kendall* for appellant.

PER CURIAM.

The appeal is dismissed for want of a properly presented federal question.

NATIONAL MOTOR FREIGHT TRAFFIC ASSN., INC., ET AL. *v.* UNITED STATES ET AL.

No. 355. Decided October 14, 1968.

*Bryce Rea, Jr.,* and *Thomas M. Knebel* for appellants.

*Solicitor General Griswold, Assistant Attorney General Zimmerman, Robert W. Ginnane,* and *Emmanuel H. Smith* for the United States et al., *James T. Johnson* for Pacific Progress Shippers Assn., Inc., and *Ronald N. Cobert* and *Philip R. Ehrenkranz* for American Institute of Shippers' Assns., Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.